DAVID ERIC BROWNE
#1948899
Wayne Scott Unit
6999 Retrieve Rd
Angleton Tx. 77515

Twelfth Court of Appeals
Cathy S. Lusk, CLERK
1517 WEST FRONT Street
Suite 354
Tyler, TEXAS 75702


FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 21 2015

TYLER TEXAS
PAM ESTES, CLERK

RE: CAUSE (Civil No.: 12-15-00199-CV
Appeal From 369th Judicial District Court

DEAR MADAM,
Please find Enclosed the original and one copy of Motion for the appointment of Counsel. And a Copy to a grievance I wrote Because my original Tort Claim was mislabeled and caused the untimely delay in my response I am a prisoner in TDC and I pray the mailbox rule be taken into Consideration. Federal Rules say I should have a chance at a Restricted Appeal, please find also a Motion for Restricted Appeal. I respectfully request that my Tort Claim be determined on its merits I sent documented proff in abundance to the Courts and I pray that "In the intrest of Justice" I recieve a fair chance. I respectfully Request the Court to grant my motions and I thank you for your time & consideration.
Sincerly

David Eric Browne
#1948899
Sept. 14, 2015

CAUSE No. 12-15-00199-CV
TRIAL COURT CASE NO: 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

DAVID ERIC BROWNE
#1948899
§
V.
§
R. Goings, Et AL
§
§

TWELFTH Court of Appeals
1517 WEST FRONT STREET
Suite 354
TYLER, TEXAS 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
SEP 21 2015
TYLER, TEXAS
PAM ESTES, CLERK

## Motion for THE Appointment of Counsel

Plaintiff DAVID ERIC BROWNE TDCJ-ID#1948899, Pursuant to § 1915, Request this Court to appoint counsel to represent him in this CASE for the following reasons;

1.) Plaintiff is unable to Afford counsel.

2.) THE issues involved in this CASE are complex.

3.) Plaintiff has limited access to law library.

4.) Frequent denial of access to law library due to Units special counts and unit lockdowns as well limited law library SPACE

5.) Plaintiff has very limited Knowledge of the law.

6.) Plaintiff has limited area in which he is allowed to work & research CASE

7.) Plaintiff has only GED, Education and TDCJ's assessment was of a 6th grade level.

WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff.

Signed this day of Sept, 7th 2015,

DAVID ERIC BROWNE
#1948899
Wayne Scott unit
6999 Retrieve Rd
Angleton, Tx. 77515

CAUSE No. 12-15-00199-CV
TRIAL COURT CASE No. 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

DAVID ERIC BROWNE
#1948899
V.
R. Goings, Et. Al

§
§
§
§

Twelfth Court of Appeals
1517 WEST FRONT STREET
Suite 354
TYLER, TEXAS 75702

DECLARATION IN SUPPORT of Plaintiffs Motion
FOR THE Appointment of Counsel

DAVID ERIC BROWNE states:

1.) I am the plaintiff in the above-entitled CASE. I make this declaration in support of my Motion for this Appointment of Counsel.

2.) The Complaint in this CASE alleges that the Plaintiffs Religious Cross a family heirloom was Confiscated by Correctional officer upon intake Process from County Jail. And on the same day transported to Another facility out of reach of property and never given a chance to mail Cross home. At no time was Plaintiff within proximity of property to mail home. Plaintiff Exhausted remeidies and was denied opportunity to be re-united with property to mail home.

3.) Plaintiff made pro-se attempt at Tort Claim and had issues involving where-abouts of Tort claim after Law Library mailed it out. District Clerk mishandled claim, No hearing notice given and letter from Clerk stating she knew not where Tort claim was.

4.) Months later District Clerk finds lost Tort claim and mails Order of Dismissal to Plaintiff on Fraudulent grounds.

5.) This CASE is of a complex nature as the where abouts of original Tort claim and 15 pieces of documented evidence have yet to be produced.

6.) This CASE will require the discovery of documents and evidence

7.) This CASE is meritous and evidence proves claim without doubt

8.) District court has erred in Dismissal of claim

DECLARATION in Support of plaintiffs Motion For The Appointment of Counsel Continued:

9.) Plaintiff has no ability to investigate the where abouts of original Tort Claim and pieces of documented Evidence.

10.) As set forth in the Memorandum of Law submitted with this motion, these facts, Along with the legal merit of plaintiff's claim, support the appointment of Counsel to represent the plaintiff.

WHEREFORE, The plaintiffs motion for Appointment of Counsel should be granted, Pursuant to 28 U.S.C § 1746, I declare under penalty of Perjury that the foregoing is true and Correct.

Signed this ___7th___ day of ___Sept.___, 2015.

_____

David Eric Browne
#1948889
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Tx. 77515

DAVID ERIC BROWNE
#1948899
V.
R. GOMES, ET AL

§
§
§
§

TWELFTH Court of Appeals
1517 WESTFRONT STREET
Suite 354
TYLER, TEXAS 75702

MEMORANDUM OF LAW IN SUPPORT OF Plaintiffs
MOTION FOR THE APPOINTMENT OF COUNSEL

STATEMENT OF CASE

This is a TORT Claim filed under Inmate Litisation Civil Practice and remedies CODE Chapter 14. Also Pursuant to 28 USC 1331 and 1343 by a STATE prisoner and asserting claims that Correctional officer's LOST, STOLE or destroyed a family heir loom and religious chain and cross. THE Plaintiff SEEKS Damages in the amount in full set forth by TEXAS Government CODE Annotated 4B 501,007 Inmate claims for lost or Damaged property.

STATEMENT OF FACTS

Plaintiff's property was confiscated on SEPT. 17th 2014. Property identified as 1 Gold cross approx. 1¼ inch in height and 3/4 inch in width also 1 gold chain Roped necklace approx. 24 inches in length. Property was taken by Co warrington a Intake property officer at the Gurney Unit. A Co. Thorn property officer was designee, Plaintiff was Transported to another prison unit (BETO Unit) for detox reasons, And property did not follow. Plaintiff made several attempts to mail property, At no time was he allowed to mail it home. After 5 days again Plaintiff was Transported even further from property The Byrd Unit, At which point Plaintiff began exhausting remedy, Plaintiff subsequently filed TORT Claim with Janice Staples on the 17th of FEB. 2015. At some point the where abouts of TORT Claim and 15 pieces of documented evidence went missing? A letter from District Clerk to Plaintiff STATED this... In July on approx. The 7th day of 2015 Plaintiff recieves ORDER of Dismissal. At no time was Plaintiff given any notice of hearing. As well Plaintiff was led to believe TORT Claim and 15 pieces of documented evidence was lost, when in fact it was not and the claim was DISMISSED on Fraudulent grounds. Proper Proceedure according to law was not followed and DUE Process violations exist.

## ARGUMENT
## THE Court should APPOINT Counsel for THE Plaintiff

In deciding whether to appoint counsel for an indigent litigant, the court should consider "The factual complexity of the case, The ability of the indigent to investagate the facts, The existence of mysterious happenings with TORT Claim and missing evidence, The ability of the indigent to present his claim and the complexity of the legal issues. Abdullah v. Gonter 949 F. 2d 1032, 1035 (8th Cir 1991) (citation omitted). In addition, Courts have suggested that the most important factor is whether the case has merit. Carmona v. US Bureau of Prisons 243 F3d 629, 632 (2d Cir 2001) Each of these factors weighs in favor of appointment of counsel in this case.

## Conclusion

For the foregoing reasons, The court should grant the Plaintiff's motion and appoint counsel in this case.

signed and dated Sept. 7, 2015

DAVID ERIC BROWNE
#1948899
Wayne Scott Unit
6999 Retrieve Rd
Angleton Tx. 77515



# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: David Browne    TDCJ # 1948899

Unit: Wayne Scott    Housing Assignment: C1-8B

Unit where incident occurred: Wayne Scott

# Carbon Copies

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CO Carol Woodard    When? 6-1-15

What was their response? Get with the mail Room

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 28th 2015 I recieved a letter from District Clerk Janice Staples In her letter she informed me that a Tort claim I mailed on Feb 17th 2015 NEVER Reached her office. This is very serious this is a direct 1st + 14th Amendment Violation As well as Obstruction of passage of mail in Violation of Title 18 USC 1701, 1702. I placed the Tort claim and 15 pieces of Documented proof of my exhausting of Remedies and actual legal proof of my claim against officers from the Gurney unit for the destruction of and or Theft of my personal property family heirloom gold cross. I am placing tracers and on all legal mail that I have sent out through the law library I was charged 2.50 to mail that Tort claim out on Feb 17th 2015 I mailed it Indigent there is record and I have copies This is turning into a criminal act And I will pursue this to the bitter end. Either MRS. Deborah A. McDougald Admin Asst 3 Mistakenly Misplaced it or did not mail it or lost it I Don't know but I need that Tort claim and the Documented proof of my claim BACK. If this Administration has purposely Violated my constitutional rights by obstructing the passage of my legal mail to the courts I will not hesitate to pursue this on a higher level + file criminal charges I suggest we

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

find out where my law suit is, stop tampering with my
Legal correspondence

**Action Requested to resolve your Complaint.** Find out where it is and return it to me intact
And Stop Interfering with my Legal mail

**Offender Signature:** _____ **Date:** 6-2-15

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2" style="text-align:center"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**I-127 Back** (Revised 11-2010)

**Appendix F**